IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEE MADDEN,
ADC #136534P                                                                              PLAINTIFF

v.                                            4:10-cv-01539-JMM-JTK

EASTERN DISTRICT COURT
OF ARKANSAS                                                            DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 2nd day of November, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

1